B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Minnesota

In re   **Webb Business Promotions, Inc.**                                    ,     Case No. ___**15-32536**___
                                      Debtor

                                                                              Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,876,640.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,135,030.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 1,516,933.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| | | Total Assets | 3,876,640.00 | | |
| | | Total Liabilities | | 3,651,963.75 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Minnesota

In re __Webb Business Promotions, Inc._____,    Case No. ____15-32536_____
                                    Debtor

                                                            Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Webb Business Promotions, Inc.**                                    ,   Case No.  __15-32536__
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

| In re | **Webb Business Promotions, Inc.** | | Case No. | **15-32536** |
|---|---|---|---|---|
| | Debtor(s) | | | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of * Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BMO Harris Bank** | - | $117,700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American General Life (no cash value)** | - | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

**\*VALUES GIVEN ARE AT BOOK**

B 6B (Official Form 6B) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.**                                Case No.  **15-32536**
           **Debtor**                                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of * Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable | - | $719,549.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached list of cases No. 1 - Claim against Essen Nutrition - unliquidated No. 4 - Claim against Magic Straws | - | $0.00 |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | **Webb Business Promotions, Inc.** | Case No. | **15-32536** |
|---|---|---|---|
| | **Debtor** | | **(If known)** |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of * Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Usual company information and records | - | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | GMC 1/2 ton delivery truck | - | $10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, et al. | - | $1,571,888.00 |
| 30. Inventory. | | Inventory | - | $1,457,503.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | **Total >** | **$3,876,640.00** |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Webb Business Promotions, Inc.**                                    ,    Case No.  **15-32536**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Capital lease | | | | | |
| **Axis** **PO Box 2555** **Grand Island, NE 68802** | X | - | | | | | X | | | |
| | | | | | Value $ **5,000.00** | | | | 27,887.00 | 27,426.00 |
| Account No. | | | | | Capital lease | | | | | |
| **Banc of California** **Commercial Equipment Finances** **18500 Von Karman Ave., #1100** **Irvine, CA 92612** | X | - | | | | | X | | | |
| | | | | | Value $ **10,500.00** | | | | 34,694.00 | 24,194.00 |
| Account No. | | | | | Capital lease | | | | | |
| **Data Sales** **3450 W. Burnsville Parkway** **Burnsville, MN 55337** | X | - | | | | | X | | | |
| | | | | | Value $ **245,000.00** | | | | 686,049.00 | 441,049.00 |
| Account No. | | | | | Capital lease | | | | | |
| **M2 Lease Fund, LLC** **175 N Patrick Blvd., Ste. 135** **Brookfield, WI 53045** | X | - | | | | | X | | | |
| | | | | | Value $ **7,000.00** | | | | 65,400.00 | 58,400.00 |
| __1__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 814,030.00 | 551,069.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.**                                        ,        Case No. ___**15-32536**___
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Blanket lien | | | | | |
| MN Finance Holdings I, LLC 120101 - 12th Avenue South Burnsville, MN 55337 | X | - | | | X | | | |
| | | | Value $             0.00 | | | | 51,000.00 | 51,000.00 |
| Account No. | | | Blanket lien | | | | | |
| Spectrum Commercial Services Two Appletree Square, #205 8011 34th Avenue South Bloomington, MN 55425 | X | - | | | X | | | |
| | | | Value $       1,055,000.00 | | | | 1,270,000.00 | 215,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,321,000.00 | 266,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,135,030.00 | 817,069.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Webb Business Promotions, Inc.**                                        Case No.   **15-32536**
                                                      ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Webb Business Promotions, Inc.**                              , Case No. ___**15-32536**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **ABC Transfer Co.** **3104 Pacific Street No. 2** **Minneapolis, MN 55411** | - | | | | | | X | | 150.00 |
| Account No. | | | | | | | | | |
| **Advanced Mechanical** **1612 East Cliff Road** **Burnsville, MN 55337-1300** | - | | | | | | X | | 977.76 |
| Account No. | | | | | | | | | |
| **Advanced Poly-Packaging, INc.** **1331 Emmitt Road** **Akron, OH 44306** | - | | | | | | X | | 100.00 |
| Account No. | | | | | | | | | |
| **Advanced Web** **600 Hoover Street NE** **Suite 500** **Minneapolis, MN 55413** | - | | | | | | X | | 9,382.00 |

__24__  continuation sheets attached

Subtotal
(Total of this page)          **10,609.76**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    S/N:49206-150709   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Webb Business Promotions, Inc.**                                      ,        Case No.   **15-32536**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Advertising Specialty Institut P.O. Box 15017 Wilmington, DE 19886-5017 | - | | | | X | | 22,568.70 |
| Account No. | | | | | | | |
| Agridient, Inc. 28580 Orchard Lake Road Suite 205 Farmington Hills, MI 48334 | - | | | | X | | 6,237.86 |
| Account No. | | | | | | | |
| AIM Fire & Safety, Inc. 4762 Partridge Court NE Prior Lake, MN 55372 | - | | | | X | | 170.00 |
| Account No. | | | | | | | |
| Air-Lake Machine & Welding 21710 Grenada Avenue Lakeville, MN 55044 | - | | | | X | | 660.96 |
| Account No. | | | | | | | |
| Alliance Packaging Group 420 W. Technology Way Saukville, WI 53080 | - | | | | X | | 10,193.64 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **39,831.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.**                                    ,     Case No. **15-32536**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xxx x9006** | | | | | | | |
| **American Express** **P.O. Box 0001** **Los Angeles, CA 90096-8000** | - | | | | X | | 285,219.35 |
| Account No. | | | | | | | |
| **Aquatech** **3682 Robin Lane** **Saint Paul, MN 55122** | - | | | | X | | 3,710.52 |
| Account No. | | | | | | | |
| **Armstrong Cleaning** **8434 Girard Ave. S.** **Minneapolis, MN 55420** | - | | | | X | | 1,671.52 |
| Account No. | | | | | | | |
| **ASI Computer Systems, Inc.** **5250 Nordic  Drive** **Cedar Falls, IA 50613-6961** | - | | | | X | | 1,348.28 |
| Account No. | | | | | | | |
| **Australasian Bulk Foods** **348 South Road** **Hampton East, Victoria, AU** | - | | | X | X | X | Unknown |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   291,949.67

B6F (Official Form 6F) (12/07) - Cont.

In re __Webb Business Promotions, Inc._____,    Case No. ___15-32536_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Babatope Sewande Ayeni 79 West State Street, Apt 4 Athens, OH 45701 | - | | | | | X | | 81.06 |
| Account No. | | | | | | | | |
| Batory Foods 175 Jackson Ave. N, Ste. 100 Hopkins, MN 55343 | - | | | | | X | | 3,568.80 |
| Account No. | | | | | | | | |
| Berlin Packaging PO Box 95584 Chicago, IL 60694-5584 | - | | | | | X | | 49,731.10 |
| Account No. | | | | | | | | |
| Berry Coffee Company 14825 Martin Drive Eden Prairie, MN 55344-2009 | - | | | | | X | | 306.85 |
| Account No. | | | | | | | | |
| Best Cutting Die Company 8080 McCormick Blvd. Skokie, IL 60076 | - | | | | | X | | 8,421.00 |

Sheet no. __3___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,108.81

B6F (Official Form 6F) (12/07) - Cont.

In re __Webb Business Promotions, Inc.__ ,        Case No. __15-32536__
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bob Spinner <br> 14306 Dove Court NE <br> Prior Lake, MN 55372 | - | | | | X | | 551.79 |
| Account No. <br><br> Boeckermann, Grafstrom & Mayer <br> 4470 W. 78th Street <br> Suite 200 <br> Bloomington, MN 55435-5416 | - | | | | X | | 11,606.80 |
| Account No. <br><br> BREC Electric <br> 13696 Island View Drive NW <br> Elk River, MN 55330 | - | | | | X | | 9,520.00 |
| Account No. <br><br> C.H. Robinson Freight Services <br> 36960 Eagle Way <br> Chicago, IL 60678-1369 | - | | | | X | | 390.00 |
| Account No. 7513 <br><br> Cardmember Service <br> P.O. Box 94014 <br> Palatine, IL 60094-4014 | - | | | | X | | 32,142.73 |

Sheet no. __4__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,211.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.**                                    ,        Case No. ___**15-32536**___
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chemical Marketing Corp.**<br>**9945 Flanders Court NE**<br>**Minneapolis, MN 55449-1807** | - | | | | X | X | 2,162.20 |
| Account No.<br><br>**Choan Sweet Best Foods Co.**<br>**Middle of Hegli N Road**<br>**Qiqiao Ind Zone**<br>**Chaoan Guangdon** | - | | | | X | X | 128.19 |
| Account No.<br><br>**Clarke Container**<br>**1513 Grimm Drive**<br>**Erie, PA 16507** | - | | | | X | | 115.56 |
| Account No.<br><br>**Comcast**<br>**PO Box 34744**<br>**Seattle, WA 98124-1744** | - | | | | X | | 144.55 |
| Account No.<br><br>**Cornerstone Construction LLC**<br>**8646 Eagle Creek Circle, #113**<br>**Savage, MN 55378** | - | | | | X | | 2,000.00 |

Sheet no. __**5**___ of __**24**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,550.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Webb Business Promotions, Inc.** ,                     Case No.   **15-32536**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Corporate Technologies LLC NW 6333 PO Box 1450 Minneapolis, MN 55485-6333 | - | | | | X | | 3,331.00 |
| Account No. | | | | | | | |
| Crystal Canyon 153 Thompson Avenue E Saint Paul, MN 55118 | - | | | | X | | 42.75 |
| Account No. | | | | | | | |
| Data Sales Co. 3450 West Burnsville Parkway Burnsville, MN 55337 | - | | | | X | | 12,221.75 |
| Account No. | | | | | | | |
| Delhaize DBA Food Lion P.O. Box 198135 Atlanta, GA 30384-8153 | - | | | | X | | 12,766.90 |
| Account No. | | | | | | | |
| Dick's Lakeville Sanitation PO Box 769 Lakeville, MN 55044-0769 | - | | | | X | | 1,053.61 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **29,416.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.** ,  Case No. **15-32536**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DSL Worldwide** **1000 Windham Parkway** **Bolingbrook, IL 60490** | - | | | | X | | 1,449.08 |
| Account No. | | | | | | | |
| **Eagan Hardware Hank** **1320 Duckwood Drive** **Saint Paul, MN 55123** | - | | | | X | | 42.81 |
| Account No. | | | | | | | |
| **EOS Products LLC** **307 Fifth Avenue, 5th Floor** **New York, NY 10016** | - | | | | X | | 1,600.00 |
| Account No. | | | **Counterclaim in Webb Business Promotions, Inc. v. Essen Nutrition** | | | | |
| **Essen Nutrition** **1414 Sherman Road** **Willowbrook, IL 60527** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Expedited Freight System Inc.** **4801 - 68th Avenue** **Kenosha, WI 53144** | - | | | | X | | 820.15 |

| Sheet no. **7** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,912.04 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Webb Business Promotions, Inc.**                                      ,        Case No.   **15-32536**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Fed Ex** **PO Box 94515** **Palantine, IL 60094-4515** | - | | | | | | X | | 39.22 |
| Account No. | | | | | | | | | |
| **Flexo Impressions, Inc.** **8647 Eagle Creek Pkwy** **Savage, MN 55378-1284** | - | | | | | | X | | 5,089.39 |
| Account No. | | | | | | | | | |
| **FMS USA, Inc.** **2155 Stonington Ave, #119** **Hoffman Estates, IL 60169** | - | | | | | | X | X | 2,100.00 |
| Account No. | | | | | Plaintiff in Food Market Merchandising, Inc. v. Webb Business Promotions, Inc. | | | | |
| **Food Marketing Merchandising** **6401 West 106th Street** **Minneapolis, MN 55438** | - | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Freightquote.com** **1495 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | X | | 3,451.58 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **10,680.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.**                                      ,          Case No.   **15-32536**
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| G&K Services PO Box 842385 Boston, MA 02284-2385 | - | | | | X | | 3,010.00 |
| Account No. | | | | | | | |
| Gary Plastic Packaging Corp. 1340 Viele Avenue Bronx, NY 10474-7124 | - | | | | X | | 304.00 |
| Account No. | | | | | | | |
| Globaltranz Enterprises, Inc. P.O. Box 203285 Dallas, TX 75320-3285 | - | | | | X | | 4,353.73 |
| Account No. | | | | | | | |
| Green Bay Packaging Inc. Bin No. 53139 Milwaukee, WI 53288 | - | | | | X | | 2,776.62 |
| Account No. | | | | | | | |
| Gruber Pallets, Inc. 11490 Hudson Boulevard Lake Elmo, MN 55042 | - | | | | X | | 978.23 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **11,422.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Webb Business Promotions, Inc.** ,    Case No. **15-32536**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GS1 US, Inc.** <br> **P.O. Box 71-3034** <br> **Columbus, OH 43271-3034** | - | | | | X | | 500.00 |
| Account No. <br><br> **Guangzhou Huarui Cutting Tool** <br> **Rm 10269 Haojing Bld.** <br> **Dagang Industry Zone** <br> **Guangzhou** | - | | | | X | | 225.00 |
| Account No. <br><br> **Health Partners** <br> **NW 3600** <br> **PO Box 1450** <br> **Minneapolis, MN 55485-3600** | - | | | | X | | 1,264.50 |
| Account No. <br><br> **Ikonics Corporation** <br> **Box 88807** <br> **Milwaukee, WI 53288-0807** | - | | | | X | | 807.40 |
| Account No. <br><br> **Inkcups Now** <br> **310 Andover Street** <br> **Danvers, MA 01923** | - | | | | X | | 14,080.83 |

Sheet no. __10__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     16,877.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **Webb Business Promotions, Inc.** _____ ,   Case No. ___**15-32536**___
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Integra Telecom PO Box 2966 Milwaukee, WI 53201-2966 | | - | | | | X | | 2,778.38 |
| Account No. | | | | | | | | |
| Jasil Houseware Co., Ltd. Miao'er qiao Industrial Zone North City, Huangyan, Taizhou Zhejiang | | - | | | | X | | 49.39 |
| Account No. | | | | | | | | |
| Jeter Shipping Guangzhou Ltd. Foshan Bran Rom 808 Inst. Bld 162 Fenjiang Rd S Foshan | | - | | | | X | | 328.31 |
| Account No. | | | | | | | | |
| Keychain Readers, LLC 4260 Quinwood Lane N. Minneapolis, MN 55442 | | - | | | | X | | 375.78 |
| Account No. | | | | | | | | |
| Kunkle Law PLC 1769 Lexington, #182 Saint Paul, MN 55113 | | - | | | | X | | 575.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,106.86**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.** ,  Case No.  **15-32536**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Lehman, Lee & Xu, Beijing 6th F., Dongwai Diplomatic 33 Dongheimenwai Dajie Beijing China  100600 | - | | | | X | | 6,973.50 |
| Account No. | | | | | | | |
| Liberty Carton Company P.O. Box 856558 Minneapolis, MN 55485-6558 | - | | | | X | | 24,785.45 |
| Account No. | | | | | | | |
| Liberty Mutual Insurance PO Box 2051 Keene, NH 03431-7051 | - | | | | X | | 2,327.36 |
| Account No. | | | | | | | |
| Lim Consultants PO Box 262 West Islip, NY 11795-0262 | - | | | | X | | 760.65 |
| Account No. | | | | | | | |
| Lister Enterprises RM.6-8.6th FL, Wayson Com Bldg 28 Connaught Road West Hong Kong | - | | | | X | | 7,785.24 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,632.20

B6F (Official Form 6F) (12/07) - Cont.

In re __Webb Business Promotions, Inc._____,       Case No. ___15-32536_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Plaintiff in Magic Straws, LLC v. Webb Business Promotions, Inc. | | | | |
| Magic Straws, LLC 6401 West 106th Street Minneapolis, MN 55438 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mail on the Move, LLC 7101 - 143rd Ave NW, #M Anoka, MN 55303 | - | | | | | X | | 316.06 |
| Account No. | | | | | | | | |
| Maplewood Acres, Inc. PO Box 64746 Saint Paul, MN 55164-0746 | - | | | | | X | | 76,119.04 |
| Account No. | | | | | | | | |
| Masterpiece Graphix 1500 Fenpark Drive Fenton, MO 63026 | - | | | | | X | | 18,450.87 |
| Account No. | | | | | | | | |
| Masterson Personnel, Inc. 505 Highway 169 North Waterford Park, Suite 700 Plymouth, MN 55441 | - | | | | | X | | 60,950.00 |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155,835.97

B6F (Official Form 6F) (12/07) - Cont.

In re **Webb Business Promotions, Inc.** , Case No. **15-32536**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Masterson Personnel, Inc. 505 Highway 169 North Waterford Park, Suite 700 Plymouth, MN 55441 | - | | | | X | | 62,071.85 |
| Account No. | | | | | | | |
| Midwest Rubber Service & Suppl 14307 - 28th Place N MN 55447 | - | | | | X | | 628.46 |
| Account No. | | | | | | | |
| Midwest Sign & Screen Printing NW 6161 PO Box 1450 Minneapolis, MN 55485-6161 | - | | | | X | | 2,078.32 |
| Account No. | | | | | | | |
| Minnesota Revenue Mail Station 3331 Saint Paul, MN 55146-3331 | - | | | | X | | 1,156.86 |
| Account No. | | | | | | | |
| My Next Website, LLC 575 - 6th Avenue, #215 San Diego, CA 92101 | - | | | | X | | 150.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      66,085.49

B6F (Official Form 6F) (12/07) - Cont.

In re **Webb Business Promotions, Inc.** ,     Case No. **15-32536**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| NAPCO 1500 Spring Garden Street 12th Floor Philadelphia, PA 19130-4094 | - | | | | | X | | 6,555.50 |
| Account No. | | | | | | | | |
| New Wave Aquaria Inc. 12335 Bass Lake Road Minneapolis, MN 55442 | - | | | | | X | | 1,637.80 |
| Account No. | | | | | | | | |
| Norm Abrahams 4661 Harvey Road San Diego, CA 92116 | - | | | | | X | | 270,002.00 |
| Account No. | | | | | | | | |
| Northlight Color 5008 Hillsboro Avenue N Minneapolis, MN 55428 | - | | | | | X | | 540.00 |
| Account No. | | | | | | | | |
| Northwest Graphic Supply Co. 4200 E. Lake Street Minneapolis, MN 55406 | - | | | | | X | | 81.39 |

Sheet no. **15** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

278,816.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.**                                    ,     Case No. __**15-32536**__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Office Depot** **PO Box 88040** **Chicago, IL 60680-1040** | - | | | | X | | 103.87 |
| Account No. | | | | | | | |
| **Office Max Incorporated** **75 Remittance Drive** **Suite 6068** **Chicago, IL 60675-6088** | - | | | | X | X | 1,006.23 |
| Account No. | | | | | | | |
| **On Time Delivery Service Inc.** **PO Box 201235** **Minneapolis, MN 55420** | - | | | | X | | 2,775.41 |
| Account No. | | | | | | | |
| **Palen/Kimball Company** **MI-98** **PO Box 1414** **Minneapolis, MN 55480-1414** | - | | | | X | | 4,830.00 |
| Account No. | | | | | | | |
| **Paragon Sales Company** **PO Box 947** **Troy, OH 45373** | - | | | | X | | 500.00 |

Sheet no. __**16**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,215.51

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Webb Business Promotions, Inc.__ _____,    Case No. ___15-32536___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Patterson Thuente 4800 IDS Center 80 South 8th Street Minneapolis, MN 55402-2100 | - | | | | | X | | 3,627.20 |
| Account No. | | | | | | | | |
| Plunkett's Pest Control, Inc. 40 NE 52nd Way Minneapolis, MN 55421-1014 | - | | | | | X | | 420.69 |
| Account No. | | | | | | | | |
| Polar Tech Industries 415 E Railroad Ave Genoa, IL 60135 | - | | | | | X | | 1,029.72 |
| Account No. | | | | | | | | |
| Precision Pinch & Plastics 6100 Blue Circle Drive Hopkins, MN 55343 | - | | | | | X | | 578.00 |
| Account No. | | | | | | | | |
| ProAct, Inc. 3195 Neil Armstrong Blvd. Eagan, MN 55121 | - | | | | | X | | 11,462.99 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    17,118.60

B6F (Official Form 6F) (12/07) - Cont.

In re __Webb Business Promotions, Inc.__ ,          Case No. __15-32536__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| PSR Automation Inc. 805 130th Street West Shakopee, MN 55379 | - | | | | X | | 41,217.00 |
| Account No. | | | | | | | |
| Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | X | | 300.00 |
| Account No. | | | | | | | |
| Quality Blending 1050 McKinley Street Anoka, MN 55303 | - | | | | X | | 23,854.00 |
| Account No. | | | | | | | |
| Quality Forklift Sales & Servi 587 Citation Drive Shakopee, MN 55379 | - | | | | X | | 238.12 |
| Account No. | | | | | | | |
| Quill Corporation PO Box 37600 Philadelphia, PA 19101-0600 | - | | | | X | | 606.65 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          66,215.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.**                                ,  Case No.  **15-32536**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Reliable Office Supplies PO Box 105529 Atlanta, GA 30348-5529 | - | | | | | X | | |
| | | | | | | | | 712.27 |
| Account No. | | | | | | | | |
| Ryan Electric 3010 Lunar Lane Saint Paul, MN 55121 | - | | | | | X | | |
| | | | | | | | | 51.50 |
| Account No. | | | | | | | | |
| SAGE!Quick Technologies Inc. 16301 Quorum Drive Suite 200A Addison, TX 75001 | - | | | | | X | | |
| | | | | | | | | 8,434.29 |
| Account No. | | | | | | | | |
| Sam's Club PO Box 530981 Atlanta, GA 30353-0981 | - | | | | | X | | |
| | | | | | | | | 1,507.27 |
| Account No. | | | | | | | | |
| Seek Careers/Staffing Inc. Box 88348 Milwaukee, WI 53288-0348 | - | | | | | X | | |
| | | | | | | | | 7,494.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,199.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.** ,          Case No. __15-32536__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal fees | | | | |
| Sellar Hazard & Lucia<br>1800 Sutter Street, Suite 460<br>Concord, CA 94520 | - | | | | X | X | 7,042.38 |
| Account No. | | | | | | | |
| Sensient Cosmetic Technologoie<br>Bank of America<br>62455 Collections Center Drive<br>Chicago, IL 60693 | - | | | | X | | 221.27 |
| Account No. | | | | | | | |
| Smith Brothers<br>fka F&F Foods<br>3501 West 48th Place<br>Chicago, IL 60632-3028 | - | | | | X | | 495.00 |
| Account No. | | | | | | | |
| Solar Shield, Inc.<br>6161 Egan Drie<br>Savage, MN 55378 | - | | | | X | | 1,840.00 |
| Account No. | | | | | | | |
| SPEE-DEE Delivery Service<br>PO Box 1417<br>Saint Cloud, MN 56302-1717 | - | | | | X | | 121.17 |

Sheet no. __20__ of __24__ sheets attached to Schedule of          Subtotal          | 9,719.82 |
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Webb Business Promotions, Inc.** _____ ,    Case No. _____**15-32536**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Attorney for Heaven Doyamo, Plaintiff in Doyamo v. Webb Business Promotions, Inc. et al. | X | X | X | |
| Stephen C. Fieberger 2500 West County Road 42, #190 Burnsville, MN 55337 | | | | | | | | **Unknown** |
| Account No. | | - | | | | | X | |
| T-Mobile PO Box 790047 Saint Louis, MO 63179-0047 | | | | | | | | **709.79** |
| Account No. | | - | | | | X | | |
| Tab Tooling 35 Progress Court Moscow Mills, MO 63362-1148 | | | | | | | | **2,250.00** |
| Account No. | | - | | | | X | | |
| The Magic Touch LLC 6333 W. Howard Street Niles, IL 60714 | | | | | | | | **252.00** |
| Account No. | | - | | | | X | | |
| Tosiba Financial Services PO Box 31001-0271 Pasadena, CA 91110-0271 | | | | | | | | **1,164.34** |

Sheet no. __**21**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,376.13**

B6F (Official Form 6F) (12/07) - Cont.

In re __Webb Business Promotions, Inc._____,    Case No. ___15-32536_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Touchpack No. 88, Chaoqin Rd. Heqing Tow Pudong New District Shanghai  201201 | - | | | | X | | 290.00 |
| Account No. | | | | | | | |
| Trifecta Transport, LLC 800 Roosevelt Road Bldg A, Suite 350 Glen Ellyn, IL 60137 | - | | | | X | | 3,449.30 |
| Account No. | | | | | | | |
| Trojan Color Systems 2909 Langford Road Suite 900A Norcross, GA 30071 | - | | | | X | | 2,400.00 |
| Account No. | | | | | | | |
| Uline P.O. Box 88741 Chicago, IL 60680-1741 | - | | | | X | | 21,781.13 |
| Account No. | | | | | | | |
| Ultimate Fleet Repair 920 Aldrin Drive Saint Paul, MN 55121 | - | | | | X | | 52.48 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,972.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Webb Business Promotions, Inc.**                                    ,          Case No.   __15-32536__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | - | | | | | X | | 10,539.66 |
| Account No. | | | | | | | | |
| UPS Supply Chain Solutions 28013 Network Place Chicago, IL 60673-1280 | - | | | | | X | | 57.00 |
| Account No. | | | | | | | | |
| Viking Plastic Packaging 2418 Enterprise Drive Saint Paul, MN 55120 | - | | | | | X | | 17.22 |
| Account No. | | | | | | | | |
| Virtual Packaging, Color Vu 530 South Nolen Drive Southlake, TX 76092 | - | | | | | X | | 570.00 |
| Account No. | | | | | | | | |
| Watje & Moore, Ltd. 7900 Xerxes Avenue South Suite 2000 Minneapolis, MN 55431 | - | | | | | X | | 156,751.49 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **167,935.37**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Webb Business Promotions, Inc.** ,  Case No.  **15-32536**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Wellington Management, Inc.<br>1625 Energy Park Dr., #100<br>Saint Paul, MN 55108 | - | | | | X | | 9,189.16 |
| Account No. <br><br>Wild Flavors, Inc.<br>PO Box 631765<br>Cincinnati, OH 45263-1765 | - | | | | X | | 100,556.40 |
| Account No. **xx-xxxx468-9**<br><br>Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | - | | | | X | | 898.23 |
| Account No. <br><br>Xpedx Stores<br>3568 Solutions Center<br>Chicago, IL 60677-3005 | - | | | | X | | 89.54 |
| Account No. <br><br>ZOOMcatalog<br>2770 Arapahoe Road<br>Suite 132-234<br>Lafayette, CO 80026 | - | | | | X | | 2,400.00 |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | 113,133.33 |
| | Total<br>(Report on Summary of Schedules) | 1,516,933.75 |

B6G (Official Form 6G) (12/07)

.

In re   **Webb Business Promotions, Inc.**                              ,   Case No.   __15-32536__

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American General Life Ins. Co.**<br>**2727-A Allen Parkway**<br>**Houston, TX 77019** | **Life Insurance** |
| **ASI Computer Systems, Inc.**<br>**5250 Nordic Drive**<br>**Cedar Falls, IA 50613-6961** | **Support contract for electronic accounting systems** |
| **Atlas Copco Compressors, LLC**<br>**Dept CH 19511**<br>**Palatine, IL 60055-9511** | **Preventative maintenance contract on compressor units** |
| **Banc of California**<br>**Commercial Equipment Finances**<br>**18500 Von Karman Ave., #1100**<br>**Irvine, CA 92612** | **Cartonning Machine; Inkjet Coder; Rotary Laminating & Die Cutting Machine** |
| **Blue Bridge Financial, LLC**<br>**5500 Main Street**<br>**Suite 260**<br>**Buffalo, NY 14221** | **Industrial Pneumatic Systems; 2-head filling capping machine horizontal labeling ?machine** |
| **Center for Energy Environment**<br>**212 3rd Avenue North**<br>**Suite 560**<br>**Minneapolis, MN 55401** | **Warehouse Lighting** |
| **Corporate Technologies LLC**<br>**NW 6333**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-6333** | **IT Support** |
| **Dakota Truck**<br>**PO Box 860063**<br>**Minneapolis, MN 55486-0036** | **Worker's Compensation Insurance Policy** |
| **Data Sales**<br>**3450 W. Burnsville Parkway**<br>**Burnsville, MN 55337** | **Autofeed Tabletop Bagger; 5 UV Printers; Lip Balm Machine; HP Indigo; Automatic Strapping; Machine; Packing Machine; Omega Digicon Rotary Die Cutting Station; Johnny Moo; Production Line** |
| **Farmer's Insurance**<br>**5802 Blackshier Path**<br>**Inver Grove Heights, MN 55076** | **Automotive Insurance** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re      **Webb Business Promotions, Inc.**                                    ,      Case No.     **15-32536**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **G&K Services**<br>**PO Box 842385**<br>**Boston, MA 02284-2385** | **Support contract for supply replenishment** |
| **Hewlett Packard Company**<br>**165 Dascomb Road**<br>**Andover, MA 01810** | **Technology support and computer equipment** |
| **Liberty Mutual Insurance Co.**<br>**PO Box 2051**<br>**Keene, NH 03431-7051** | **General Commercial Liability Insurance Policy** |
| **Oneworld Business Finance**<br>**9420 Research Boulevard**<br>**Suite 310**<br>**Austin, TX 78759** | **Two-face Labeling Machine; Semi-automatic Paste filling Machine; Wrap Around Labeler; Flat; Bed Printer** |
| **Palen Kimball, LLC**<br>**MI-98**<br>**PO Box 1414**<br>**Minneapolis, MN 55480-1414** | **Contract for HVAC preventative maintenance** |
| **Spectrum Commercial Services**<br>**Two Appletree Square, #205**<br>**8011 34th Avenue South**<br>**Bloomington, MN 55425** | **Inventory and Equipment** |
| **US Customs Bond**<br>**211 East Main Street**<br>**Suite C**<br>**Bozeman, MT 59715** | **Trade Risk Insurance Policy** |

Sheet     **1**     of     **1**     continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Webb Business Promotions, Inc.**                                      Case No.    **15-32536**
                                                        ,
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alan Webb** | **Axis**<br>**PO Box 2555**<br>**Grand Island, NE 68802** |
| **Alan Webb** | **Banc of California**<br>**Commercial Equipment Finances**<br>**18500 Von Karman Ave., #1100**<br>**Irvine, CA 92612** |
| **Alan Webb** | **Data Sales**<br>**3450 W. Burnsville Parkway**<br>**Burnsville, MN 55337** |
| **Alan Webb** | **M2 Lease Fund, LLC**<br>**175 N Patrick Blvd., Ste. 135**<br>**Brookfield, WI 53045** |
| **Alan Webb** | **MN Finance Holdings I, LLC**<br>**120101 - 12th Avenue South**<br>**Burnsville, MN 55337** |
| **Alan Webb** | **Spectrum Commercial Services**<br>**Two Appletree Square, #205**<br>**8011 34th Avenue South**<br>**Bloomington, MN 55425** |

**0**
____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Minnesota

In re  **Webb Business Promotions, Inc.**                                      Case No.   **15-32536**
                                          Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**37**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 31, 2015**                              Signature   **/s/ Alan Webb**
                                                         **Alan Webb**
                                                         **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Minnesota

In re  **Webb Business Promotions, Inc.**                          Case No.  **15-32536**

_____             _____
                                    Debtor(s)                     Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,278,000.00 | **2015: Business Operations - Fiscal Year** |
| $8,287,000.00 | **2014: Business operations - fiscal year** |
| $8,379,000.00 | **2013: Business operations - fiscal year** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)                                                                                                                2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Ningbo Nice Commodity Co., LTD.<br>RM 10-4 Hengyuan Business Blvd.<br>No 568 S. Tian Tong Rd.<br>Yinzhuo Ningbo, CN | 5/13/2015<br>5/14/2015<br>7/8/2015 | $7,003.00 | $0.00 |
| ProAct, Inc.<br>3195 Neil Armstrong Blvd.<br>Saint Paul, MN 55121 | 5/13/2015<br>5/22/2015<br>6/5/2015<br>6/12/2015<br>6/19/2015<br>6/26/2015<br>7/2/2015 | $6,953.40 | $11,492.99 |
| Liberty Mutual Insurance<br>PO Box 2051<br>Keene, NH 03431-7051 | 5/29/2015<br>5/1/2015<br>6/9/2015<br>6/1/2015<br>7/1/2015 | $6,926.73 | $2,327.36 |
| Hangzhou Xinchaun Imp. & Exp. Tr.<br>Xiguan Industry Area<br>Fenshui Town<br>Tonglu C, Zhejian China | 7/2/2015 | $6,680.00 | $0.00 |
| Wintime Industrial Co., Ltd.<br>No. 11 Rainbow South Road<br>Ningbo, China 315041 | 5/14/2015<br>5/29/2015<br>6/9/2015 | $6,746.00 | $7,154.00 |
| Chongqing Youyuan Glassware<br>Floor 32-9, No. 16, Jian Xin N. Rd.<br>Jiangbei District<br>Chongquin, China | 5/11/2015<br>7/8/2015 | $6,650.00 | $0.00 |
| Viacom<br>1515 Broadway 42-72<br>New York, NY 10036 | 4/30/2015 | $6,226.51 | $0.00 |

---

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wild Flavors, Inc.**<br>**PO Box 631765**<br>**Cincinnati, OH 45263-1765** | 5/29/2015<br>4/17/2015 | $62,239.19 | $100,556.40 |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | 5/11/2015<br>4/10/12015<br>6/15/2015 | $283,970.48 | $257,771.61 |
| **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | 5/1/2015<br>5/8/2015<br>5/13/2015<br>5/22/2015<br>4/17/2015<br>4/24/2015<br>6/5/2015<br>6/19/2015<br>6/26/2015<br>7/2/2015<br>7/6/2015 | $114,205.94 | $10,539.66 |
| **C.H. Robinson Freight Services**<br>**36960 Eagle Way**<br>**Chicago, IL 60678-1369** | 5/1/2015<br>5/8/2015<br>5/13/2015<br>5/29/2015<br>4/24/2015<br>6/19/2015<br>6/26/2015<br>7/2/2015<br>7/6/2015 | $60,077.04 | $390.00 |
| **Masterson Personnel, Inc.**<br>**505 Highway 169 N**<br>**Waterford Park, Suite 7**<br>**Minneapolis, MN 55441** | 5/1/2015<br>5/8/2015<br>5/13/2015<br>5/22/2015<br>4/17/2015<br>4/24/2015<br>6/5/2015<br>6/12/2015<br>6/19/2015<br>6/26/2015<br>7/2/2015 | $48,225.93 | $62,071.85 |
| **Diversified Manufacturing Corp.**<br>**101 7th Avenue**<br>**Newport, MN 55055** | 5/8/2015<br>5/22/2015<br>6/12/2015<br>6/19/2015<br>7/2/2015 | $36,378.64 | $0.00 |
| **Cixi Zhixin Bird Clean-Care**<br>**137# Bali Road**<br>**Zhangqi Town**<br>**Cixi City, Zhejian Province, China** | 5/8/2015<br>4/16/2015<br>6/10/2015<br>6/9/2015<br>6/26/2015<br>7/2/ | $39,521.33 | $21,725.79 |
| **Felfoldi Confections, Ltd.**<br>**Dioszegi Ut**<br>**Keleti Ipartelep 6 43**<br>**Debrecen, Hungary** | 5/29/2015<br>6/5/2015<br>7/8/2015 | $53,184.00 | $0.00 |
| **Maplewood Acres, Inc.**<br>**PO Box 64746**<br>**Saint Paul, MN 55164-0746** | 5/1/2015 | $31,267.00 | $76,119.04 |

B7 (Official Form 7) (04/13)                                                                                              4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ningbo Sharing Group**<br>**18th Floor Green Town Green**<br>**Tower 588 Canghai Road**<br>**Ningbo, China 315040** | 5/22/2015<br>4/15/2015<br>4/16/2015<br>4/24/2015<br>6/11/2015<br>6/17/20105<br>6/26/2015 | **$28,001.50** | **$7,004.00** |
| **Globaltranz Enterprises, Inc.**<br>**P.O. Box 203285**<br>**Dallas, TX 75320-3285** | 5/1/2018<br>5/8/2015<br>5/13/2015<br>5/22/2015<br>4/17/2015<br>4/24/2015<br>6/5/2015<br>6/19/2015<br>6/26/2015<br>7/2/2015 | **$21,871.19** | **$5,486.39** |
| **Quality Blending**<br>**1050 McKinley Street**<br>**Anoka, MN 55303** | 5/22/2015<br>4/14/2015<br>4/24/2015<br>6/5/2015<br>6/19/2015 | **$20,747.53** | **$20,409.41** |
| **Yuyao Jessie Commodity Co., Ltd**<br>**No.469-3 Fengshan Road**<br>**Yuyao City,  Zhejian Province, China, 315400** | 5/7/2015<br>5/13/2015<br>4/24/2015<br>6/9/2015<br>6/18/2015<br>6/26/2015<br>7/8/2015 | **$19,438.75** | **$15,853.75** |
| **Shaoxing Seven Star Tourist Co.**<br>**No.12 TangGong Road**<br>**Paojiaing Industrial Zone, Shaoxing**<br>**Zhejiang, China, 312071** | 5/13/2015<br>4/28/2015<br>6/18/2015<br>6/26/2015<br>7/10/2015 | **$18,909.90** | **$6,872.40** |
| **Liberty Carton Company**<br>**PO Box 856558**<br>**Minneapolis, MN 55485-6558** | 5/1/2015<br>5/8/2015<br>5/13/2015<br>5/22/2015<br>5/22/2015<br>5/29/2015<br>4/17/2015<br>4/24/2015<br>6/5/2015<br>6/12/2015<br>6/19/2015<br>6/26/2015<br>7/2/2015<br>7/9/2015 | **$16,681.22** | **$25,296.95** |
| **Hewlett Packard Company**<br>**165 Dascomb Road**<br>**Andover, MA 01810** | 5/13/2015<br>6/5/2015<br>6/19/2015<br>7/2/2015<br>7/6/2015 | **$16,663.23** | **$0.00** |
| **Proforma**<br>**PO Box 640814**<br>**Cincinnati, OH 45264-0814** | 5/8/2015<br>4/19/2015<br>6/12/2015 | **$15,282.00** | **$0.00** |
| **MSI**<br>**59 Carlson Ave.**<br>**Portage, IN 46368** | 6/29/2015 | **$14,758.50** | **$0.00** |

B7 (Official Form 7) (04/13)                                                                                                            5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Watje & Moore, Ltd.**<br>**7900 Xerxes Ave. South**<br>**Suite 2**<br>**Minneapolis, MN 55431** | 5/1/2015<br>5/8/2015<br>5/13/2015<br>5/22/2015<br>5/29/2015<br>4/19/2015<br>4/24/2015<br>6/5/2015<br>6/12/2015<br>6/19/2015<br>6/26/2015<br>7/2/2015<br>7/6/2015 | $14,700.00 | $156,751.49 |
| **Zibo Century Ceramics**<br>**1608, Yujing Building North**<br>**West 5th Road**<br>**Zhangdian Zibo, Shandong, China 255000** | 5/15/2015<br>5/29/2015<br>6/12/2015 | $14,164.00 | $9,816.00 |
| **Trifecta Transport, LLC**<br>**800 Roosevelt Road**<br>**Bldg A, Suite 35**<br>**Glen Ellyn, IL 60137** | 5/22/2015<br>5/29/2015<br>4/19/2015<br>4/24/2015<br>6/19/2015 | $14,020.00 | $3,449.30 |
| **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | 5/1/2015<br>5/8/2015<br>5/13/2015<br>5/22/2015<br>5/29/2015<br>4/19/2015<br>4/24/2015<br>6/5/2015<br>6/19/2015 | $13,371.37 | $21,947.38 |
| **Puson Co. Ltd.**<br>**Rm 805 Yangcheng Wanbao Blvd.**<br>**57 Jida Rd.**<br>**Zuhai, China** | 5/13/2015 | $13,303.68 | $0.00 |
| **Wenzhou Lucheng XinXing Ind.**<br>**No. 38 Shengfa Road**<br>**Lucheng Light Industry Zone**<br>**Wenzhou Cit, Zhejiang China** | 5/13/2015<br>6/6/2015<br>6/26/2015 | $13,030.00 | $2,310.00 |
| **AzCoat, Inc.**<br>**7707 East Acona Drive**<br>**Scottsdale, AZ 85260** | 5/8/2015<br>5/22/2015<br>5/29/2015<br>4/19/2015<br>6/26/2015 | $12,774.42 | $0.00 |
| **Advertising Specialty Institute**<br>**4800 Street Road**<br>**Feasterville Trevose, PA 19053-6698** | 5/1/2015<br>5/26/2015<br>4/17/2015<br>4/24/2015<br>6/5/2015 | $12,302.59 | $18,917.89 |
| **Nippon Express USA, Inc.**<br>**2038 Solutions Center**<br>**Chicago, IL 60677-2000** | 4/24/2015<br>7/6/2015 | $10,894.45 | $0.00 |

B7 (Official Form 7) (04/13)                                                                                          6

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Sapona Plastics, LLC**<br>**PO Box 2464**<br>**Asheboro, NC 27204** | 5/13/2015<br>5/22/2015<br>5/29/2015<br>4/17/2015<br>6/5/2015<br>6/19/2015<br>7/2/2015 | **$10,807.52** | **$14,880.00** |
| **Beyond International Trading Co., Ltd.**<br>**No. 500 Xingning Road**<br>**Ningbo, China 315040** | 5/7/2015<br>5/13/2015 | **$10,641.00** | **$0.00** |
| **Masterpiece Graphix**<br>**1500 Fenpark Drive**<br>**Fenton, MO 63026** | 5/22/2015<br>5/29/2015<br>4/19/2015 | **$10,577.18** | **$18,450.87** |
| **Zibo Jingdu Glassware Co. Ltd.**<br>**Room 101, Building B**<br>**Huaxin Yuan, No. 35 Liuquan Road**<br>**Zhangdian District, Zibo City, China** | 5/29/2015<br>4/21/2015<br>6/18/2015<br>6/26/2015<br>7/8/2015 | **$10,449.51** | **$2,870.00** |
| **Ameritas Life Insurance Corp.**<br>**PO Box 38517**<br>**Birmingham, AL 35238-5017** | 5/8/2015<br>5/22/2015<br>4/24/2015<br>6/5/2015<br>6/19/2015<br>7/2/2015 | **$10,266.32** | **$0.00** |
| **American Express 89006**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | 5/11/2015<br>4/10/2015<br>6/15/2015 | **$10,190.42** | **$27,447.74** |
| **Mother Parkers**<br>**7800 Will Rogers Blvd.**<br>**Dallas, TX 75284** | 4/17/2015<br>6/5/2015<br>6/26/2015<br>7/3/2015 | **$9,892.90** | **$0.00** |
| **Jiangmen Foreign Trade**<br>**Foreign Trade Building**<br>**No.82-1 Jianshe Read**<br>**Jiangmen, Guangdong China** | 4/24/2015<br>6/30/2015 | **$9,352.00** | **$0.00** |
| **US Department of Homeland Security**<br>**US Customs Revenue Division**<br>**665 Telecom Drive, Suite 1**<br>**Indianapolis, IN 46278** | 5/15/2015<br>5/11/2015<br>5/26/2015<br>5/27/2015<br>4/10/2015<br>4/22/2015<br>6/1/2015<br>6/3/2015<br>6/5/2015<br>6/10/2015<br>6/11/2015<br>6/12/2015<br>6/17/2015<br>6/23/2015<br>6/26/2015<br>6/30/2015<br>7/6/2015 | **$9,220.27** | **$0.00** |
| **Dakota Truck Underwriters**<br>**PO Box 860063**<br>**Minneapolis, MN 55486** | 5/22/2015<br>4/24/2015<br>6/26/2015 | **$8,880.00** | **$0.00** |

B7 (Official Form 7) (04/13)                                                                                                  7

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Inkcups Now**<br>**310 Andover Street**<br>**Danvers, MA 01923** | 5/13/2015<br>5/22/2015<br>5/29/2015<br>4/24/2015<br>6/19/2015<br>6/26/2015 | **$8,419.24** | **$0.00** |
| **Yangzhou Shuguang Toothbrush**<br>**No. 40 Weiyi Road**<br>**Hangji Industrial Park**<br>**Yangzhou City, China** | 5/13/2015<br>6/5/2015<br>6/26/2015 | **$8,339.40** | **$2,056.74** |
| **Mello Smello, LLC**<br>**Dept. #5568**<br>**PO Box 1451**<br>**Milwaukee, WI 53201** | 5/13/2015<br>5/29/2015<br>4/19/2015<br>4/24/2015<br>6/12/2015 | **$8,156.64** | **$0.00** |
| **Taizhou Yonghua Plastic**<br>**No. 423 Erhuan East Road**<br>**Dongcheng Industrial Area**<br>**Taizhuo, Zhejiang, China 318020** | 5/13/2015 | **$7,510.00** | **$0.00** |
| **Trojan Color Systems**<br>**2909 Langford Road**<br>**Suite 9A**<br>**Norcross, GA 30071** | 5/29/2015<br>4/17/2015 | **$7,200.00** | **$2,400.00** |
| **Berlin Packaging, LLC**<br>**PO Box 95584**<br>**Chicago, IL 60694-5584** | 5/15/2015<br>5/22/2015<br>4/19/2015 | **$30,192.63** | **$49,731.10** |

None ☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dan Webb** | **Payment of corporate salary** | **$81,861.00** | **$0.00** |
| **Alan Webb**<br>**5220 167th St. W**<br>**Lakeville, MN 55044**<br>   **Owner** | **regular salary - paid monthly** | **$159,326.00** | **$0.00** |
| **Alan Webb**<br>**5220 167th St. W**<br>**Lakeville, MN 55044**<br>   **Owner** | **Repayment of corporate loan** | **$108,895.85** | **$93,887.11** |
| **Alan Webb**<br>**5220 167th St. W.**<br>**Lakeville, MN 55044** | **Reimbursment of employee expenses** | **$29,013.73** | **$316.35** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

B7 (Official Form 7) (04/13) 8

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Webb Business Promotions, Inc., d/b/a Webb Candy v. Essen Nutrition** | **Breach of contract; Essen brought a counterclaim** | **Hennepin County District Court (not filed)** | **pending** |
| **Food Market Merchandising, Inc. v. Webb Business Promotions, Inc. and Alan Webb Case No. 19HA-CV-15-348** | **Breach of contract; interference with contract (non-compete)** | **Dakota County District Court** | **pending** |
| **Heaven Doyamo v. Webb Business Promotions and Alan Webb Case No. 19HA-CV-15-4697** | **Violation of Minnesota Human Rights Act, Parenting Leave Act** | **Dakota County District Court** | **Pending** |
| **Magic Straws, LLC v. Webb Business Promotions, Inc. Case No. 19HA-CV-15-1358** | **Breach of contract. Webb counterclaimed for trademark infringement; Magic Straws brought a claim for trademark infringement** | **Dakota County District Court** | **Pending** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                9

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Electrical surge against servers** | **Electric surge, $450 claim amount** | **January 2015** |

### 9.  Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Larkin Hoffman Daly & Lindgren Ltd.** **8300 Norman Center Drive, #1000** **Minneapolis, MN 55437-1060** | **July 2015** **July 2015** | **$15,650 (retainer for pre-petition work)** **$ 9,340 (retainer for Ch. 11)** |

### 10.  Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                                10

**11.  Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■       otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
        depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■       occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■       Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
        commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
        the community property state.

NAME

B7 (Official Form 7) (04/13)

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **None** | | | | |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                              12

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐       a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Boeckermann Grafstrom & Mayer, CPAs** | |

None
■       b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Books in company possession** | |

None
■       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
☐       a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **Random counts and bank test counts** | | |

None
☐       b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **Random counts and bank test counts** | **Random counts and bank test counts** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■       a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)
13

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.
☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Alan Webb** | **President/owner** | **95% stock owner** |
| **Daniel Webb** | | **5% stock owner** |

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■  commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■  immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐  in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alan Webb** | | |
| President, owner | **_____ payments made on his loan to the company** | |
| **See # _____, above.** | | |

---

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■  group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■  employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)                                                                                                                    14

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date __**July 31, 2015**_____          Signature    __**/s/ Alan Webb**_____
                                                                  **Alan Webb**
                                                                  **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

ABC TRANSFER CO.
3104 PACIFIC STREET NO. 2
MINNEAPOLIS MN 55411


ADVANCED MECHANICAL
1612 EAST CLIFF ROAD
BURNSVILLE MN 55337-1300


ADVANCED POLY-PACKAGING, INC.
1331 EMMITT ROAD
AKRON OH 44306


ADVANCED WEB
600 HOOVER STREET NE
SUITE 500
MINNEAPOLIS MN 55413


ADVERTISING SPECIALTY INSTITUT
P.O. BOX 15017
WILMINGTON DE 19886-5017


AGRIDIENT, INC.
28580 ORCHARD LAKE ROAD
SUITE 205
FARMINGTON HILLS MI 48334


AIM FIRE & SAFETY, INC.
4762 PARTRIDGE COURT NE
PRIOR LAKE MN 55372


AIR-LAKE MACHINE & WELDING
21710 GRENADA AVENUE
LAKEVILLE MN 55044


ALAN WEBB

ALLIANCE PACKAGING GROUP
420 W. TECHNOLOGY WAY
SAUKVILLE WI 53080


AMERICAN EXPRESS
P.O. BOX 0001
LOS ANGELES CA 90096-8000


AMERICAN GENERAL LIFE INS. CO.
2727-A ALLEN PARKWAY
HOUSTON TX 77019


AQUATECH
3682 ROBIN LANE
SAINT PAUL MN 55122


ARMSTRONG CLEANING
8434 GIRARD AVE. S.
MINNEAPOLIS MN 55420


ASI COMPUTER SYSTEMS, INC.
5250 NORDIC DRIVE
CEDAR FALLS IA 50613-6961


ASI COMPUTER SYSTEMS, INC.
5250 NORDIC DRIVE
CEDAR FALLS IA 50613-6961


ATLAS COPCO COMPRESSORS, LLC
DEPT CH 19511
PALATINE IL 60055-9511


AUSTRALASIAN BULK FOODS
348 SOUTH ROAD
HAMPTON EAST, VICTORIA, AU

AXIS
PO BOX 2555
GRAND ISLAND NE 68802


BABATOPE SEWANDE AYENI
79 WEST STATE STREET, APT 4
ATHENS OH 45701


BANC OF CALIFORNIA
COMMERCIAL EQUIPMENT FINANCES
18500 VON KARMAN AVE., #1100
IRVINE CA 92612


BATORY FOODS
175 JACKSON AVE. N, STE. 100
HOPKINS MN 55343


BERLIN PACKAGING
PO BOX 95584
CHICAGO IL 60694-5584


BERRY COFFEE COMPANY
14825 MARTIN DRIVE
EDEN PRAIRIE MN 55344-2009


BEST CUTTING DIE COMPANY
8080 MCCORMICK BLVD.
SKOKIE IL 60076


BLUE BRIDGE FINANCIAL, LLC
5500 MAIN STREET
SUITE 260
BUFFALO NY 14221


BOB SPINNER
14306 DOVE COURT NE
PRIOR LAKE MN 55372

BOECKERMANN, GRAFSTROM & MAYER
4470 W. 78TH STREET
SUITE 200
BLOOMINGTON MN 55435-5416


BREC ELECTRIC
13696 ISLAND VIEW DRIVE NW
ELK RIVER MN 55330


C.H. ROBINSON FREIGHT SERVICES
36960 EAGLE WAY
CHICAGO IL 60678-1369


CARDMEMBER SERVICE
P.O. BOX 94014
PALATINE IL 60094-4014


CENTER FOR ENERGY ENVIRONMENT
212 3RD AVENUE NORTH
SUITE 560
MINNEAPOLIS MN 55401


CHEMICAL MARKETING CORP.
9945 FLANDERS COURT NE
MINNEAPOLIS MN 55449-1807


CHOAN SWEET BEST FOODS CO.
MIDDLE OF HEGLI N ROAD
QIQIAO IND ZONE
CHAOAN GUANGDON


CLARKE CONTAINER
1513 GRIMM DRIVE
ERIE PA 16507


COMCAST
PO BOX 34744
SEATTLE WA 98124-1744

CORNERSTONE CONSTRUCTION LLC
8646 EAGLE CREEK CIRCLE, #113
SAVAGE MN 55378


CORPORATE TECHNOLOGIES LLC
NW 6333
PO BOX 1450
MINNEAPOLIS MN 55485-6333


CRAIG MILER
GRAY PLANT MOOTY
80 SOUTH EIGHTH STREET, #500
MINNEAPOLIS MN 55402


CRYSTAL CANYON
153 THOMPSON AVENUE E
SAINT PAUL MN 55118


DAKOTA TRUCK
PO BOX 860063
MINNEAPOLIS MN 55486-0036


DATA SALES
3450 W. BURNSVILLE PARKWAY
BURNSVILLE MN 55337


DATA SALES CO.
3450 WEST BURNSVILLE PARKWAY
BURNSVILLE MN 55337


DELHAIZE DBA FOOD LION
P.O. BOX 198135
ATLANTA GA 30384-8153


DICK'S LAKEVILLE SANITATION
PO BOX 769
LAKEVILLE MN 55044-0769

DSL WORLDWIDE
1000 WINDHAM PARKWAY
BOLINGBROOK IL 60490


EAGAN HARDWARE HANK
1320 DUCKWOOD DRIVE
SAINT PAUL MN 55123


EOS PRODUCTS LLC
307 FIFTH AVENUE, 5TH FLOOR
NEW YORK NY 10016


ESSEN NUTRITION
1414 SHERMAN ROAD
WILLOWBROOK IL 60527


EXPEDITED FREIGHT SYSTEM INC.
4801 - 68TH AVENUE
KENOSHA WI 53144


FARMER'S INSURANCE
5802 BLACKSHIER PATH
INVER GROVE HEIGHTS MN 55076


FED EX
PO BOX 94515
PALANTINE IL 60094-4515


FLEXO IMPRESSIONS, INC.
8647 EAGLE CREEK PKWY
SAVAGE MN 55378-1284


FMS USA, INC.
2155 STONINGTON AVE, #119
HOFFMAN ESTATES IL 60169

FOOD MARKETING MERCHANDISING
6401 WEST 106TH STREET
MINNEAPOLIS MN 55438


FREIGHTQUOTE.COM
1495 PAYSPHERE CIRCLE
CHICAGO IL 60674


G&K SERVICES
PO BOX 842385
BOSTON MA 02284-2385


GARY PLASTIC PACKAGING CORP.
1340 VIELE AVENUE
BRONX NY 10474-7124


GLOBALTRANZ ENTERPRISES, INC.
P.O. BOX 203285
DALLAS TX 75320-3285


GREEN BAY PACKAGING INC.
BIN NO. 53139
MILWAUKEE WI 53288


GRUBER PALLETS, INC.
11490 HUDSON BOULEVARD
LAKE ELMO MN 55042


GS1 US, INC.
P.O. BOX 71-3034
COLUMBUS OH 43271-3034


GUANGZHOU HUARUI CUTTING TOOL
RM 10269 HAOJING BLD.
DAGANG INDUSTRY ZONE
GUANGZHOU

HEALTH PARTNERS
NW 3600
PO BOX 1450
MINNEAPOLIS MN 55485-3600


HEWLETT PACKARD COMPANY
165 DASCOMB ROAD
ANDOVER MA 01810


IKONICS CORPORATION
BOX 88807
MILWAUKEE WI 53288-0807


INKCUPS NOW
310 ANDOVER STREET
DANVERS MA 01923


INTEGRA TELECOM
PO BOX 2966
MILWAUKEE WI 53201-2966


JASIL HOUSEWARE CO., LTD.
MIAO'ER QIAO INDUSTRIAL ZONE
NORTH CITY, HUANGYAN, TAIZHOU
ZHEJIANG


JETER SHIPPING GUANGZHOU LTD.
FOSHAN BRAN ROM 808
INST. BLD 162 FENJIANG RD S
FOSHAN


KEYCHAIN READERS, LLC
4260 QUINWOOD LANE N.
MINNEAPOLIS MN 55442


KUNKLE LAW PLC
1769 LEXINGTON, #182
SAINT PAUL MN 55113

```
LEHMAN, LEE & XU, BEIJING
6TH F., DONGWAI DIPLOMATIC
33 DONGHEIMENWAI DAJIE
BEIJING CHINA  100600


LIBERTY CARTON COMPANY
P.O. BOX 856558
MINNEAPOLIS MN 55485-6558


LIBERTY MUTUAL INSURANCE
PO BOX 2051
KEENE NH 03431-7051


LIBERTY MUTUAL INSURANCE CO.
PO BOX 2051
KEENE NH 03431-7051


LIM CONSULTANTS
PO BOX 262
WEST ISLIP NY 11795-0262


LISTER ENTERPRISES
RM.6-8.6TH FL, WAYSON COM BLDG
28 CONNAUGHT ROAD WEST
HONG KONG


M2 LEASE FUND, LLC
175 N PATRICK BLVD., STE. 135
BROOKFIELD WI 53045


MAGIC STRAWS, LLC
6401 WEST 106TH STREET
MINNEAPOLIS MN 55438


MAIL ON THE MOVE, LLC
7101 - 143RD AVE NW, #M
ANOKA MN 55303
```

MAPLEWOOD ACRES, INC.
PO BOX 64746
SAINT PAUL MN 55164-0746


MASTERPIECE GRAPHIX
1500 FENPARK DRIVE
FENTON MO 63026


MASTERSON PERSONNEL, INC.
505 HIGHWAY 169 NORTH
WATERFORD PARK, SUITE 700
PLYMOUTH MN 55441


MIDWEST RUBBER SERVICE & SUPPL
14307 - 28TH PLACE N
MN 55447


MIDWEST SIGN & SCREEN PRINTING
NW 6161
PO BOX 1450
MINNEAPOLIS MN 55485-6161


MINNESOTA REVENUE
MAIL STATION 3331
SAINT PAUL MN 55146-3331


MN FINANCE HOLDINGS I, LLC
120101 - 12TH AVENUE SOUTH
BURNSVILLE MN 55337


MY NEXT WEBSITE, LLC
575 - 6TH AVENUE, #215
SAN DIEGO CA 92101


NAPCO
1500 SPRING GARDEN STREET
12TH FLOOR
PHILADELPHIA PA 19130-4094

NATHAN W. NELSON
VIRTUS LAW, PLLC
7040 LAKELAND AVE., #100
MINNEAPOLIS MN 55428


NEW WAVE AQUARIA INC.
12335 BASS LAKE ROAD
MINNEAPOLIS MN 55442


NORM ABRAHAMS
4661 HARVEY ROAD
SAN DIEGO CA 92116


NORTHLIGHT COLOR
5008 HILLSBORO AVENUE N
MINNEAPOLIS MN 55428


NORTHWEST GRAPHIC SUPPLY CO.
4200 E. LAKE STREET
MINNEAPOLIS MN 55406


OFFICE DEPOT
PO BOX 88040
CHICAGO IL 60680-1040


OFFICE MAX INCORPORATED
75 REMITTANCE DRIVE
SUITE 6068
CHICAGO IL 60675-6088


ON TIME DELIVERY SERVICE INC.
PO BOX 201235
MINNEAPOLIS MN 55420


ONEWORLD BUSINESS FINANCE
9420 RESEARCH BOULEVARD
SUITE 310
AUSTIN TX 78759

PALEN KIMBALL, LLC
MI-98
PO BOX 1414
MINNEAPOLIS MN 55480-1414


PALEN/KIMBALL COMPANY
MI-98
PO BOX 1414
MINNEAPOLIS MN 55480-1414


PARAGON SALES COMPANY
PO BOX 947
TROY OH 45373


PATTERSON THUENTE
4800 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402-2100


PLUNKETT'S PEST CONTROL, INC.
40 NE 52ND WAY
MINNEAPOLIS MN 55421-1014


POLAR TECH INDUSTRIES
415 E RAILROAD AVE
GENOA IL 60135


PRECISION PINCH & PLASTICS
6100 BLUE CIRCLE DRIVE
HOPKINS MN 55343


PROACT, INC.
3195 NEIL ARMSTRONG BLVD.
EAGAN MN 55121


PSR AUTOMATION INC.
805 130TH STREET WEST
SHAKOPEE MN 55379

PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874


QUALITY BLENDING
1050 MCKINLEY STREET
ANOKA MN 55303


QUALITY FORKLIFT SALES & SERVI
587 CITATION DRIVE
SHAKOPEE MN 55379


QUILL CORPORATION
PO BOX 37600
PHILADELPHIA PA 19101-0600


RELIABLE OFFICE SUPPLIES
PO BOX 105529
ATLANTA GA 30348-5529


RYAN ELECTRIC
3010 LUNAR LANE
SAINT PAUL MN 55121


SAGE!QUICK TECHNOLOGIES INC.
16301 QUORUM DRIVE
SUITE 200A
ADDISON TX 75001


SAM'S CLUB
PO BOX 530981
ATLANTA GA 30353-0981


SEEK CAREERS/STAFFING INC.
BOX 88348
MILWAUKEE WI 53288-0348

```
SELLAR HAZARD & LUCIA
1800 SUTTER STREET, SUITE 460
CONCORD CA 94520


SENSIENT COSMETIC TECHNOLOGOIE
BANK OF AMERICA
62455 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


SMITH BROTHERS
FKA F&F FOODS
3501 WEST 48TH PLACE
CHICAGO IL 60632-3028


SOLAR SHIELD, INC.
6161 EGAN DRIE
SAVAGE MN 55378


SPECTRUM COMMERCIAL SERVICES
TWO APPLETREE SQUARE, #205
8011 34TH AVENUE SOUTH
BLOOMINGTON MN 55425


SPEE-DEE DELIVERY SERVICE
PO BOX 1417
SAINT CLOUD MN 56302-1717


STEPHEN C. FIEBERGER
2500 WEST COUNTY ROAD 42, #190
BURNSVILLE MN 55337


T-MOBILE
PO BOX 790047
SAINT LOUIS MO 63179-0047


TAB TOOLING
35 PROGRESS COURT
MOSCOW MILLS MO 63362-1148
```

THE MAGIC TOUCH LLC
6333 W. HOWARD STREET
NILES IL 60714


TOSIBA FINANCIAL SERVICES
PO BOX 31001-0271
PASADENA CA 91110-0271


TOUCHPACK
NO. 88, CHAOQIN RD. HEQING TOW
PUDONG NEW DISTRICT
SHANGHAI  201201


TRIFECTA TRANSPORT, LLC
800 ROOSEVELT ROAD
BLDG A, SUITE 350
GLEN ELLYN IL 60137


TROJAN COLOR SYSTEMS
2909 LANGFORD ROAD
SUITE 900A
NORCROSS GA 30071


ULINE
P.O. BOX 88741
CHICAGO IL 60680-1741


ULTIMATE FLEET REPAIR
920 ALDRIN DRIVE
SAINT PAUL MN 55121


UPS
LOCKBOX 577
CAROL STREAM IL 60132-0577


UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO IL 60673-1280

```
US CUSTOMS BOND
211 EAST MAIN STREET
SUITE C
BOZEMAN MT 59715


VIKING PLASTIC PACKAGING
2418 ENTERPRISE DRIVE
SAINT PAUL MN 55120


VIRTUAL PACKAGING, COLOR VU
530 SOUTH NOLEN DRIVE
SOUTHLAKE TX 76092


WATJE & MOORE, LTD.
7900 XERXES AVENUE SOUTH
SUITE 2000
MINNEAPOLIS MN 55431


WELLINGTON MANAGEMENT, INC.
1625 ENERGY PARK DR., #100
SAINT PAUL MN 55108


WILD FLAVORS, INC.
PO BOX 631765
CINCINNATI OH 45263-1765


XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477


XPEDX STORES
3568 SOLUTIONS CENTER
CHICAGO IL 60677-3005


ZOOMCATALOG
2770 ARAPAHOE ROAD
SUITE 132-234
LAFAYETTE CO 80026
```